

# United States District Court
# Eastern District of California

| IRENE BURGESS, individually and on behalf of all others similarly situated, |
|---|
| Plaintiff(s) |

V.

| PAPARAZZI, LLC, a Utah limited liability company, |
|---|
| Defendant(s) |

Case Number: 2:22-cv-00957-WBS-JDP

APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Wesley T. Moran hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Paparazzi, LLC

On November 7, 2016 (date), I was admitted to practice and presently in good standing in the Supreme Court of South Carolina (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☒ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: August 19, 2022          Signature of Applicant: /s/ _____
                                                        Wesley T. Moran

U.S. District Court – Pro Hac Vice Application
Revised July 6, 2021

Page 1



**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Wesley T. Moran |
| Law Firm Name: | Nelson Mullins Riley & Scarborough LLP |
| Address: | 3751 Robert M. Grissom Parkway, Suite 300 |
| City: | Myrtle Beach   State: SC   Zip: 29577 |
| Phone Number w/Area Code: | (843) 448-3500 |
| City and State of Residence: | Myrtle Beach, SC |
| Primary E-mail Address: | wes.moran@nelsonmullins.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Jahmy S. Graham |
| Law Firm Name: | Nelson Mullins Riley & Scarborough LLP |
| Address: | 19191 South Vermont Avenue, Suite 900 |
| City: | Torrance   State: CA   Zip: 90502 |
| Phone Number w/Area Code: | (424) 221-7400     Bar # 300880 |

## **ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated:  August 23, 2022

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

