UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| IRENE BURGESS, individually and on behalf of all other similarly situated,<br><br>     Plaintiff,<br><br>  v.<br><br>PAPARAZZI, LLC,<br><br>     Defendant. | No. 2:22-cv-00957 WBS JDP<br><br><br><br><br><br>ORDER |

----oo0oo----

        Defendant has moved to transfer venue to the District of Utah under 28 U.S.C. § 1404(a).  (Docket No. 5.)  Plaintiff does not oppose this request.  (Docket No. 16.)  In light of plaintiff's non-opposition, this case is hereby TRANSFERRED to the United States District Court for the District of Utah.

        IT IS SO ORDERED.

Dated:  August 23, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1